FILED
 2006 Oct-10  PM 01:46
 U.S. DISTRICT COURT
     N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF ALABAMA**
**WESTERN DIVISION**

| | |
|---|---|
| **CHESTER EARL COLLINS,** ) | |
| ) | |
| **Petitioner,** ) | |
| vs. ) | **Case No.:  7:06-CV-759-RDP-TMP** |
| ) | |
| **KENNETH JONES, Warden;** ) | |
| **ATTORNEY GENERAL OF** ) | |
| **THE STATE OF ALABAMA,** ) | |
| ) | |
| **Respondents.** ) | |

**O R D E R**

On September 12, 2006, the magistrate judge filed his report and recommendation in the above-styled cause, recommending that this petition for *habeas corpus* relief filed pursuant to 28 U.S.C. § 2254 be dismissed with prejudice. No objections have been filed.

Having now carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court is of the opinion that the report is due to be and hereby is **ADOPTED**, and the recommendation is **ACCEPTED**. Consequently, the petition for writ of *habeas corpus* filed pursuant to 28 U.S.C. § 2254 in the above-styled cause is due to be and the same is hereby **DISMISSED WITH PREJUDICE** as barred by 28 U.S.C. § 2244(d).

**DONE** and **ORDERED** this     10th     day of October, 2006.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE